# ABSTRACT OF JUDGMENT
## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time.  The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal.  If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Leroy Brown, Jr.<br>533 Grovewood Drive<br>Gretna, Louisiana 70056 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Civil Penalty:<br>$221, 700.00<br><br>Plus Post Judgment Interest | Nancy Ellen Tyler<br>Assistant Chief Litigation Counsel<br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, NE, Mail Stop 5631<br>Washington, DC 20549-5631 | Civil Action Number:<br>6:15-CV-00119-WSS<br><br>Judgment Entry Date:<br>5/17/16<br><br>Docket Number: 22 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

_____Western_____ DISTRICT OF _____Texas_____

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

CITY (DATE) _September 14_____, 2016

_Jeanette J. Clack_____, Clerk.

By _____, Deputy Clerk.



**DIVISION OF ENFORCEMENT**

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, NE
WASHINGTON, D.C. 20549-5561

YVETTE BROWN-PLASKETT
COLLECTIONS PARALEGAL
MAIL STOP: 5561
DIRECT DIAL: 202-551-4751
FACSIMILE: 202-772-9189

September 9, 2016

United States District Court
Western District of Texas
U.S. District Clerk's Office
800 Franklin Avenue
Room 380
Waco, Texas 76701

RECEIVED
SEP 1 2 2016
CLERK, ~~~~~~~~~~ ~~~~~~
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

RE:  Request for Certification of Abstract of Judgment and Certified Copies in the case of <u>Securities and Exchange Commission v. Leroy Brown, Jr. and LB Stocks and Trades Advice LLC, Case Number: 6:15-CV-119-WSS</u>

Dear Clerk of the Court:

Enclosed are **six (6) Abstract of Judgment documents for Leroy Brown, Jr.** which I am requesting the Clerk of the Court to certify.

In addition, please forward **three (3) certified copies** of the following document as referenced in the case above.

<u>**Final Judgment As to Leroy Brown, Jr.**</u>
**Docket #22**        **Date Entered 5/17/2016**

Please return the requested certified documents in the enclosed self-addressed pre-paid UPS envelope. Should you have any questions, please contact me at the number listed above in the letterhead.

Thank you for your assistance in this matter.

Sincerely,

Yvette Brown-Plaskett
Collections Unit

Enclosures